| | | |
|---|---|---|
| **PVCA, INC. AND RENOLA EQUITY FUND, II, LLC** | * | **NO. 2023-C-0342** |
| | * | **COURT OF APPEAL** |
| **VERSUS** | * | **FOURTH CIRCUIT** |
| **PACIFIC WEST TD FUND, LP, ET AL** | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

* * * * * * *

*TGC*

**CHASE, J., DISSENTS WITH REASONS**

I respectfully dissent from the majority and would grant Louisiana Citizens Property Insurance Corporation's (hereinafter "Louisiana Citizens") application for supervisory review. I find that the trial court erred in granting Pacific West TD Fund LP's (hereinafter "Pacific West") motion for partial summary judgment and denying Louisiana Citizens' motion for summary judgment. As a penalty statute is designed to discourage bad faith toward the insured, not the mortgagee, I would find that as a mortgagee, Pacific West is not legally entitled to attorney's fees. *See PVCA, Inc. v. Pac. W. TD Fund, LP*, 2021-0753, p. 15, n. 7 (La.App. 4 Cir. 7/13/22), ___So.3d___, 20222 WL 2712461, *writ denied*, 2022-01220 (La. 11/8/22), ___So.3d___, 2022 WL 16757356.